1  *TERRY A. DAKE, LTD.*
   **11811 North Tatum Boulevard**
2  **Suite 3031**
   **Phoenix, Arizona  85028-1621**
3  **Telephone: (480) 368-5199**
   **tdake@cox.net**
4
   **Terry A. Dake – 009656**
5
   Attorney for Trustee
6
                    **IN THE UNITED STATES BANKRUPTCY COURT**
7
                        **FOR THE DISTRICT OF ARIZONA**
8
   In re:                          )    In Chapter 7 Proceedings
9                                   )
   LATASHA LACHIC ROBINSON;         )    Case No. 2:13-BK-15986-DPC
10                                  )
                        Debtor.     )
11  _____ )
                                    )
12  DALE D. ULRICH, TRUSTEE,        )    **Adversary No. 2:14-AP-548**
                                    )
13            Plaintiff,            )
                                    )
14  v.                              )
                                    )
15  LATASHA LACHIC ROBINSON;        )
                                    )
16            Defendant.            )
    _____ )
17
                        **C O M P L A I N T**
18
            Dale D. Ulrich ("Ulrich"), as trustee of the bankruptcy
19
    estate of Latasha Lachic Robinson, Bankruptcy Case No. 2:13-BK-15986-
20
    DPC, for his Complaint, says as follows:
21
            1. Ulrich is the duly appointed trustee of the bankruptcy
22
    estate of Latasha Lachic Robinson, Bankruptcy Case No. 2:13-BK-15986-
23
    DPC.  This bankruptcy case was commenced as a voluntary proceeding
24
    under Chapter 7 on September 13, 2013.
25
            2.  This Court has jurisdiction of this matter pursuant to 28
26
    U.S.C. §157(b)(2).  This is a core proceeding.
27

28

1      3. Latasha Lachic Robinson ("Latasha") is the debtor in this

2   bankruptcy case.

3      4.   After the bankruptcy case was filed, Latasha received her

4   2013 federal income tax refund in the amount of $7,599.37.  Of that

5   amount, $5,383.00 is property of the estate under 11 U.S.C. §541.

6      5.   Latasha has failed to turn over this estate property to

7   the trustee as she is required to do under 11 U.S.C. §542(a) and 11

8   U.S.C. §521(a)(4).

9      6.   Latasha signed an acknowledgment recognizing and

10  admitting her obligation to turn over her 2013 tax refund to the

11  trustee.  Despite knowing that she was obligated to turn over this tax

12  refund, Latasha has failed to deliver or surrender this property to the

13  trustee.

14      **WHEREFORE**, the trustee prays:

15      A.   For the entry of an order revoking Latasha's discharge

16  pursuant to 11 U.S.C. §727(d)(2).

17      B.   For the entry of a judgment against Latasha in the

18  amount of $5,383.00.

19      C.   For an award of the trustee's costs.

20      D.   For interest on all amounts at the Federal District Court

21  Judgment Rate from the date of the complaint until payment in full.

22      E. For such additional relief as may be allowable at law and

23  in equity.

24

25

26

27

28                                    2

1     DATED June 28, 2014.

2                                **TERRY A. DAKE, LTD.**

3

4                              By /s/ TD009656
                                  Terry A. Dake – 009656
5                                 11811 North Tatum Boulevard
                                  Suite 3031
6                                 Phoenix, Arizona 85028-1621
                                  Attorney for Trustee
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3